# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

SENATOR JONATHAN LINDSEY,
SENATOR JAMES RUNESTAD,
REPRESENTATIVE JAMES DESANA,
REPRESENTATIVE RACHELLE SMIT, et al.

v.

GRETCHEN WHITMER, IN HER OFFICIAL CAPACITY AS GOVERNOR OF MICHIGAN, OR HER SUCCESSOR; ET AL.

Case No.
Hon.

TO: **JOCELYN BENSON**
ADDRESS: 430 W. Allegan St.
Richard H. Austin Building - 4th Floor
Lansing, MI 48918

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __60__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

- 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
- P.O. Box 698, 330 Federal Building, Marquette, MI 49855
- 107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
- 113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Erick G. Kaardal
Mohrman, Kaardal & Erickson, P.A.
150 S 5th St., Ste. 3100
Minneapolis, MN 55402

CLERK OF COURT

[Insert Today's Date]

By: Deputy Clerk                                      Date

---

## PROOF OF SERVICE

This summons for __JOCELYN BENSON__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address