## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JONATHAN LINDSEY, Senator;
JAMES RUNESTAD, Senator;
JAMES DESANA, Representative;
RACHELLE SMIT, Representative;
STEVE CARRA, Representative;
JOSEPH FOX, Representative;
MATT MADDOCK, Representative;
ANGELA RIGAS, Representative;
JOSH SCHRIVER, Representative;
NEIL FRISKE, Representative; and
BRAD PAQUETTE, Representative,

Court File No. 1:23-cv-01025-JMB-PJG

**NOTICE OF APPEAL**

Plaintiffs,

v.

GRETCHEN WHITMER, in her official
capacity as Governor of Michigan;
JOCELYN BENSON, in her official capacity
as Michigan Secretary of State; and
JONATHAN BRATER, in his official
capacity as Director of Elections,

Defendants.

Notice is given to the Defendants, Gretchen Whitmer, in her official capacity as Governor of Michigan; Jocelyn Benson, in her official capacity as Michigan Secretary of State; and Jonathan Brater, in his official capacity as Director of Elections, that the Plaintiffs appeal to the United States Court of Appeals for the Sixth Circuit from the district court's judgment filed on April 10, 2024 (Dckt. No. 26) based upon the district court's order and opinion filed on April 10, 2024 (Dckt. No. 25) granting the Defendants' Motion to Dismiss (January 8, 2024 (Dckt. No. 15)). The order and judgments adjudicated all claims as to all parties.

Dated: May 3, 2024.

/s/ *Erick G. Kaardal*
Erick G. Kaardal, (MN Atty. No. 229647)
**Mohrman, Kaardal & Erickson, P.A.**
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone:    (612) 341-1074
Email:    kaardal@mklaw.com

and

David A. Kallman        (P34200)
William R. Wagner     (P79021)
Stephen P. Kallman    (P75622)
**Great Lakes Justice Center**
5600 W. Mount Hope Hwy, Suite 2
Lansing, MI 48917
Telephone:    (517) 993-9123
Email:    dave@greatlakesjc.org
Email:    attycontact@greatlakesjc.org
Email:    steve@greatlakesjc.org

*Attorneys for Plaintiffs*

2