# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

March 24, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Mar 25, 2025
KELLY L. STEPHENS, Clerk

Re:  Jonathan Lindsey, Michigan State Senator, et al.
     v. Gretchen Whitmer, Governor of Michigan, et al.
     No. 24-1017
     (Your No. 24-1413)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 20, 2025 and placed on the docket March 24, 2025 as No. 24-1017.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst